# DIVIDENDS REMITTED TO THE COURT

Case Number 08-60072 - CHANCE, DANIEL WESLEY, JR.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a href="/cgi-bin/Claimant.pl?111919,4,08-60072">Claimant History</a> | 000004 | 836.79 | 3.76 |
| Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a href="/cgi-bin/Claimant.pl?111919,5,08-60072">Claimant History</a> | 000005 | 342.74 | 1.54 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a href="/cgi-bin/Claimant.pl?111919,6,08-60072">Claimant History</a> | 000006 | 841.23 | 3.78 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a href="/cgi-bin/Claimant.pl?111919,7,08-60072">Claimant History</a> | 000007 | 824.37 | 3.70 |
| Dell Financial Services, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10390<br>Greenville, SC 29603-0390 | 000008 | 776.38 | 3.49 |
| CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA  30091 | 000011 | 973.76 | 4.37 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a href="/cgi-bin/Claimant.pl?111919,16,08-60072'">Claimant History</a> | 000016 | 839.25 | 3.77 |
| ---------- Remittance Total ---------------- | | 5,434.52 | 24.41 |

*Stephen J. Zayler, Trustee*